# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PAUL PRIOR, | Case No. 1:25-cv-01131-JLT-EPG-HC |
| Petitioners, | ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| TONYA ANDREWS, et al. | |
| Respondents. | |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 24, 2025, Petitioner filed a motion for preliminary injunction. (ECF No. 18.) On December 29, 2025, the motion was referred to the undersigned. (ECF No. 19.) Local Rule 230 provides in pertinent part:

> Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served no later than fourteen (14) days after the motion was filed. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. See L.R. 135. A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion.

L.R. 230(c). To date, more than fourteen days have passed, and Respondents have failed to file an opposition or statement of nonopposition.

1

The Court HEREBY ORDERS:

1. Respondents SHALL file a response to the motion for preliminary injunction no later than January 16, 2025, or the Court will presume there is no opposition to the motion; and

2. Petitioner may file a reply within ten (10) days after the opposition is filed.

IT IS SO ORDERED.

Dated:    **January 12, 2026**              /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

2